IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ALVARO HERNANDEZ CASTILLO | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| KRISTI NOEM, IN HER OFFICIAL | § | |
| CAPACITY, U.S. SECRETARY, U.S. | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY; PAMELA BONDI, IN HER | § | |
| OFFICIAL CAPACITY, U.S. ATTORNEY | § | |
| GENERAL; TODD LYONS, IN HIS | § | CIVIL ACTION NO. 9:26-CV-00007 |
| OFFICIAL CAPACITY, ACTING | § | JUDGE MICHAEL J. TRUNCALE |
| DIRECTOR, IMMIGRATION AND | § | |
| CUSTOMS ENFORCEMENT; BRETT | § | |
| BRADFORD, IN HIS OFFICIAL CAPACITY, | § | |
| ICE FIELD OFFICE DIRECTOR | § | |
| DETENTION AND REMOVAL; ALEX | § | |
| SANCHEZ, IN HIS OFFICIAL CAPACITY | § | |
| AS WARDEN OF IAH DETENTION | § | |
| CENTER | § | |
| | § | |
| *Respondents.* | § | |

## **ORDER REGARDING ADMISSION**

The above-styled matter was transferred to this Court from the Southern District of Texas, Houston Division, on January 6, 2026. [Dkt. 4].  At the time of transfer, counsel for Petitioner, David H. Square, was not admitted to practice in the Eastern District of Texas.  On January 6, 2026, the Clerk emailed Mr. Square with instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that David H. Square take the necessary steps to appear on behalf of Petitioner Alvaro Hernandez Castillo either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **January 21, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Mr. Square via Regular Mail and

Email as follows:

    David H. Square
    Law Office of David H. Square, PLLC
    225 Palm Blvd.
    Brownsville, Texas 78520
    Email: DAVID@LAWOFFICEOFDHS.COM

**SIGNED this 7th day of January, 2026.**


*Michael J. Truncale*
Michael J. Truncale
United States District Judge